cjf5.4.18
PCM\BM: USAO 2017R00649

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 MAY -8 PM 5: 13

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVIN O'CAIN,<br>CHARLES ALSTON,<br>JAMES BOYKIN,<br>ANTONIO SANTIFUL,<br>MICHAEL BROWN,<br>BRIAN CUNNINGHAM,<br>ALLEN GRIFFIN,<br>WAYNE CHAMBERS,<br>LAMONT FERGUSON,<br>MARKYTIS BROWN,<br>JOHN WILLIAMS, and<br>SHELDON HILL,<br><br>**Defendants** | CRIMINAL NO. CCB-18-0278<br><br>(Narcotics Conspiracy, 21 U.S.C. § 846, Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(c); Conspiracy to Possess a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924(o); Felon in Possession of Firearm, 18 U.S.C. § 922(g); Aiding and Abetting, 18 U.S.C. § 2; Forfeiture, 21 U.S.C. § 853; 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
(Narcotics Conspiracy)

The Grand Jury for the District of Maryland charges that:

From a time unknown to the Grand Jury, but no later than in or about November 2017, and continuing through on or about the filing of this indictment, in the District of Maryland and elsewhere, the defendants,

DEVIN O'CAIN,
CHARLES ALSTON,
JAMES BOYKIN,
ANTONIO SANTIFUL,
MICHAEL BROWN,

1

**BRIAN CUNNINGHAM,
ALLEN GRIFFIN,
WAYNE CHAMBERS,
LAMONT FERGUSON,
MARKYTIS BROWN,
JOHN WILLIAMS, and
SHELDON HILL,**

did knowingly combine, conspire, confederate, and agree with persons known and unknown to the Grand Jury to distribute and possess with the intent to distribute more than twenty-eight grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841.

21 U.S.C. § 846

## COUNT TWO
### (Possess with Intent to Distribute)

The Grand Jury for the District of Maryland further charges that:

On or about December 8, 2017, in the District of Maryland, the defendant,

**ALLEN GRIFFIN,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of amount cocaine base, commonly known as crack, a Schedule II Controlled Substance.

21 U.S.C. § 841(a)(1)

3

## COUNT THREE
### (Possess with Intent to Distribute)

The Grand Jury for the District of Maryland further charges that:

On or about December 20, 2017, in the District of Maryland, the defendant,

**JAMES BOYKIN,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of amount cocaine base, commonly known as crack, a Schedule II Controlled Substance.

21 U.S.C. § 841(a)(1)

## COUNT FOUR
**(Possess with Intent to Distribute)**

The Grand Jury for the District of Maryland further charges that:

On or about January 18, 2018, in the District of Maryland, the defendants,

**MICHAEL BROWN and
BRIAN CUNNINGHAM,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of amount cocaine base, commonly known as crack, a Schedule II Controlled Substance.

21 U.S.C. § 841(a)(1)

## COUNT FIVE
### (Possess with Intent to Distribute)

The Grand Jury for the District of Maryland further charges that:

On or about January 29, 2018, in the District of Maryland, the defendant,

**WAYNE CHAMBERS,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of amount heroin, a Schedule I Controlled Substance.

21 U.S.C. § 841(a)(1)

## COUNT SIX
**(Possession of a Firearm in Furtherance of Drug Trafficking)**

The Grand Jury for the District of Maryland further charges that:

On or about January 29, 2018, in the District of Maryland, the defendant,

**WAYNE CHAMBERS,**

did knowingly possess a firearm, that is, a Charter Arms .44 caliber revolver with serial number 81562, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute heroin, as charged in Count Five of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)

## COUNT SEVEN
### (Possess with Intent to Distribute)

The Grand Jury for the District of Maryland further charges that:

On or about February 20, 2018, in the District of Maryland, the defendants,

**MARKYTIS BROWN and
LAMONT FERGUSON,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of amount cocaine base, commonly known as crack, a Schedule II Controlled Substance.

21 U.S.C. § 841(a)(1)

## COUNT EIGHT
### (Possess with Intent to Distribute)

The Grand Jury for the District of Maryland further charges that:

On or about March 9, 2018, in the District of Maryland, the defendants,

**ANTONIO SANTIFUL,
MICHAEL BROWN and
LAMONT FERGUSON,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of amount cocaine base, commonly known as crack, a Schedule II Controlled Substance.

21 U.S.C. § 841(a)(1)

## COUNT NINE
### (Possess with Intent to Distribute)

The Grand Jury for the District of Maryland further charges that:

On or about March 15, 2018, in the District of Maryland, the defendants,

**ANTONIO SANTIFUL,
JOHN WILLIAMS and
SHELDON HILL,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of amount cocaine base, commonly known as crack, a Schedule II Controlled Substance.

21 U.S.C. § 841(a)(1)

## COUNT TEN
**(Possess with Intent to Distribute)**

The Grand Jury for the District of Maryland further charges that:

On or about April 3, 2018, in the District of Maryland, the defendants,

**DEVIN O'CAIN and
CHARLES ALSTON,**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of amount cocaine base, commonly known as crack, a Schedule II Controlled Substance, and a mixture and substance containing a detectable amount of amount heroin, a Schedule I Controlled Substance.

21 U.S.C. § 841(a)(1)

## COUNT ELEVEN
### (Possession of a Firearm in Furtherance of Drug Trafficking)

The Grand Jury for the District of Maryland further charges that:

On or about April 3, 2018, in the District of Maryland, the defendant,

**CHARLES ALSTON,**

did knowingly possess a firearm, that is, a Smith and Wesson 9mm semi-automatic handgun, serial number DVD8762, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute crack cocaine and heroin, as charged in Count Ten of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(c)(1)(A)

## COUNT TWELVE
### (Conspiracy to Possess a Firearm in Furtherance of Drug Trafficking)

The Grand Jury for the District of Maryland further charges that:

On or about April 3, 2018, in the District of Maryland, the defendants,

**DEVIN O'CAIN and
CHARLES ALSTON,**

did conspire to possess a firearm, that is, a Smith and Wesson 9mm semi-automatic handgun, serial number DVD8762, in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, possession with the intent to distribute crack cocaine and heroin, as charged in Count Ten of this Indictment, which is incorporated by reference herein.

18 U.S.C. § 924(o)

## COUNT THIRTEEN
### (Felon in Possession of Firearm)

The Grand Jury for the District of Maryland further charges that:

On or about April 3, 2018, in the District of Maryland, the defendant,

## CHARLES ALSTON,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, to wit: a Smith and Wesson 9mm semi-automatic handgun, serial number DVD8762, in and affecting interstate commerce.

18 U.S.C. § 922(g)(1)

## FORFEITURE

The Grand Jury for the District of Maryland further charges that:

1. Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with Title 18, United States Code, Section 924(d), as a result of the defendant's conviction under Counts One and Three of the Indictment.

2. As a result of the offenses alleged in Counts Six and Eleven of this Indictment, the defendants,

**CHARLES ALSTON and
WAYNE CHAMBERS,**

shall forfeit to the United States the following firearms involved in the commission of the offenses, to wit: a Charter Arms .44 caliber revolver SN: 81562, and a Smith and Wesson 9mm semi-automatic handgun, serial number DVD8762, and ammunition, in and affecting interstate commerce.

18 U.S.C. § 924(d)
Fed. R. Crim. P. 32.2(a)

_____
Robert K. Hur
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED                    Dated: 5-8-18    2018
_____
Foreperson

15